IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL CRAWFORD, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| MR. TABB BICKELL, Warden, et al., | : | NO. 11-5773 |
| Respondents. | : | |

**EXPLANATION AND ORDER**

This Court previously entered an order (Doc. No. 3) directing the Prothonotary of the First Judicial District of Pennsylvania to file with the Clerk of this Court copies of all records of State Court proceedings in the matter of Commonwealth v. Nathaniel Crawford, Case No. CP-51-CR-1102731-2001 (judgment of conviction date: February 19, 2004). The Court has been advised, however, that the Prothonotary cannot provide the record at this time due to the pendency of a PCRA petition in that matter.

Respondents have appended to their answer two pertinent Pennsylvania Superior Court opinions in this case. They have asserted that the petition is untimely, that Petitioner failed to exhaust certain claims asserted in his petition, and that his claims have no merit. Ordinarily, we would have the benefit of the Quarter Sessions file to refer to the pertinent documents in considering these issues. In light of the unavailability of that file, however, we must ask Respondents to provide us with a copy of these materials.

AND NOW, this          day of June, 2012, in light of the foregoing and pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases, **IT IS HEREBY ORDERED THAT** the

1

District Attorney of Philadelphia County shall submit to the Court, on or before July 13, 2012, copies[1] of the following items:

1. Notes of Testimony of trial;

2. All PCRA petitions filed in this matter, whether *pro se* or counseled;

3. All briefs filed by Petitioner to the Pennsylvania Superior and/or Supreme Court; and

4. The opinions and orders of the state courts (both trial and appellate level) apart from the two Superior Court opinions already provided.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Electronic copies are acceptable.