IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL CRAWFORD               :          CIVIL ACTION
                                 :
          vs.                    :
                                 :
MR. TABB BICKELL, et al.         :          NO. 11-5773

**O R D E R**

**AND NOW**, this  30th  day of January, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, Petitioner's reply to the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and Petitioner's objections thereto,  **IT IS ORDERED** that:

1.  Petitioner's Objections to the Report and Recommendation are **DENIED.**

2.  The Report and Recommendation is **APPROVED** and **ADOPTED**.

3.  The petition for a writ of habeas corpus is **DENIED**.

4.  A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that a reasonable jurist would debate the correctness of this ruling.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and

5.  The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                              BY THE COURT:


                               /s/ Robert F. Kelly
                              ROBERT F. KELLY
                              SENIOR JUDGE